UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JANET ALVARAZ, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) No. 2:11-cv-2630-JPM |
| | ) |
| REGIONAL ADJUSTMENT BUREAU, INC. | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal with Prejudice(Docket Entry 17), all claims by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

___ January 11, 2012____
Date